United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRUSTEES OF BRICKLAYERS LOCAL NO. 3 PENSION
TRUST; TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3
HEALTH AND WELFARE TRUST; TRUSTEES OF THE
BRICKLAYERS AND ALLIED CRAFTS LOCAL NO. 3
APPRENTICE TRAINING TRUST; INTERNATIONAL
UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN,
AFL-CIO, LOCAL UNION NO. 3, on behalf of itself and as
agent for its members; TRUSTEES OF BRICKLAYERS AND
ALLIED CRAFTSMEN PENSION FUND,

                Plaintiffs,

    v.

JAMES L SISCO, as an individual and doing business as
"Armor Company"; SURETY COMPANY OF THE PACIFIC,
a California corporation; WEST BAY BUILDERS, INC., a
California corporation; THOMPSON PACIFIC
CONSTRUCTION, INC.; CITY OF LIVERMORE,
CALIFORNIA,

                Defendants.
_____/

No. C 04-00694 WHA

**ORDER REGARDING
REQUEST FOR
REFEREE**

    The Court has received plaintiffs' request for a referral of a magistrate judge to referee
issue of the amount of attorneys and fees and costs owed plaintiffs by UCSF defendants and
West Bay defendants.  The Court will not make a referral to a magistrate judge.  Parties are to
choose a special master to referee the amount of fees and costs by September 1, 2005.  In the
event that parties cannot mutually agree on a special master, the Court will assign one.

    **IT IS SO ORDERED.**

Dated: August 25, 2004.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE