United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF BRICKLAYERS LOCAL NO. 3 PENSION TRUST, TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 HEALTH AND WELFARE TRUST, TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTS LOCAL NO. 3 APPRENTICE TRAINING TRUST, INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN, AFL-CIO, LOCAL UNION NO. 3, on behalf of itself and as agent for its members, TRUSTEES OF BRICKLAYERS AND ALLIED CRAFTSMEN PENSION FUND, <br><br> Plaintiffs, <br><br> v. <br><br> JAMES L SISCO, as an individual and doing business as "Armor Company," SURETY COMPANY OF THE PACIFIC, a California corporation, WEST BAY BUILDERS, INC., a California corporation, THOMPSON PACIFIC CONSTRUCTION, INC., CITY OF LIVERMORE, CALIFORNIA, SWINERTON BUILDERS, a California corporation, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation, THE UNITED STATES FIDELITY AND GUARANTY COMPANY, a Maryland corporation, COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, a Maryland corporation, <br><br> Defendants. <br> _____ / | No. C 04-00694 WHA <br><br> **ORDER DENYING CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

The case management conference shall proceed as scheduled to find out why this proceeding is off track.

**IT IS SO ORDERED.**

Dated: October 27, 2005,                    S/ WILLIAM ALSUP
       in Hagatna, Guam.              WILLIAM ALSUP
                                       UNITED STATES DISTRICT JUDGE