United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST; TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 HEALTH AND WELFARE TRUST; TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTS LOCAL NO. 3 APPRENTICE TRAINING TRUST; INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN AFL-CIO, LOCAL UNION NO. 3, on behalf of itself and as agent for its members; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN PENSION FUND, | No. C 04-00694 WHA |
| Plaintiffs, | **SCHEDULING ORDER** |
| v. | |
| JAMES L SISCO, as an individual and doing business as "Armor Company;" SURETY COMPANY OF THE PACIFIC, a California corporation; WEST BAY BUILDERS, INC., a California corporation; THOMPSON PACIFIC CONSTRUCTION, INC.; CITY OF LIVERMORE, CALIFORNIA; SWINERTON BUILDERS, a California corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation; THE UNITED STATES FIDELITY AND GUARANTY COMPANY, a Maryland corporation; COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, a Maryland corporation, | |
| Defendants. / | |

Parties are **ORDERED** to submit to the Court a copy of the special master's report on attorney's fees immediately upon receiving it.

Any objections to the report shall be filed with the Court within seven calendar days following the day the report is issued by the special master.

**IT IS SO ORDERED.**

Dated: November 14, 2005



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE